| | |
|---|---|
| THE ARNS LAW FIRM<br>Robert S. Arns (SBN 65071)<br>rsa@arnslaw.com<br>Jonathan E. Davis (SBN 191346)<br>jed@arnslaw.com<br>Robert C. Foss (SBN 275489)<br>rcf@arnslaw.com<br>Shounak S. Dharap (SBN 311557)<br>ssd@arnslaw.com<br>515 Folsom Street, 3rd Floor<br>San Francisco, CA  94150<br>Telephone:  415.594.7800<br>Facsimile:  415.495.7888<br><br>Attorneys for Plaintiffs<br>CHARLOTTE HORNE, WILBERT HORNE, JAMES GEHRKE, RUTH GEHRKE, BARBARA ZOELLNER, CHARLES T. WALTER, PATRICIA HEALEY AND GARY GOODRICH<br><br>COZEN O'CONNOR<br>Andrew M. Hutchison (SBN 289315)<br>Email: ahutchison@cozen.com<br>101 Montgomery St., Suite 1400<br>San Francisco, California 94104<br>Tel:     (415) 644-0914<br>Fax:    (415) 644-0978<br>Attorneys for Defendant, ENVIRONMENTAL CHEMICAL CORPORATION | NOSSAMAN LLP<br>JAMES H. VORHIS (SBN 245034)<br>jvorhis@nossaman.com<br>DAVID C. LEE (SBN 193743)<br>dlee@nossaman.com<br>JILL N. JAFFE (SBN 286625)<br>jjaffe@nossaman.com<br>ALEXANDER WESTERFIELD (SBN 295676)<br>awesterfield@nossaman.com<br>50 California Street, 34th Floor<br>San Francisco, CA 94111<br>Telephone:    415.398.3600<br>Facsimile:    415.398.2438<br><br>Attorneys for Defendant TETRA TECH, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE HORNE, WILBERT HORNE, JAMES GEHRKE, RUTH GEHRKE, BARBARA ZOELLNER, and CHARLES T. WALTER, JR., PATRICIA HEALEY, and GARY GOODRICH, Individually and on Behalf of All Other Similarly Situated Persons,<br><br>        Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL CHEMICAL CORPORATION, dba ECC REMEDIATION SERVICES; TETRA TECH, INC.; and Does 1 through 100, inclusive,<br><br>        Defendants. | Case No. 4:18-CV-07181-DMR<br><br>Hon. Donna M. Ryu<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs Charlotte Horne, Wilbert Horne, James Gehrke, Ruth Gehrke, Barbara Zoellner, Charles T. Walter, Jr., Patricia Healey and Gary Goodrich and Defendants Environmental Chemical Corporation and Tetra Tech, Inc., by and through their respective counsel, hereby stipulate to Plaintiffs' dismissal of their action with prejudice.  Plaintiffs stipulate that they are dismissing this action with prejudice without receiving any payment or other form of compensation or value from the Defendants.  Plaintiffs further stipulate and represent that no portion of any of claim, demand, cause of action, or other matter asserted in this action at any time has been assigned or transferred to any other party or entity, either directly or by way of subrogation or operation of law.  Based on Plaintiffs' above stipulations and representations, the Parties stipulate and agree that the Parties shall bear their own attorney's fees and costs incurred in this action.

**IT IS SO STIPULATED.**

Dated: October 15, 2020                THE ARNS LAW FIRM

By: /s/ Shounak S. Dharap
    Robert S. Arns
    Jonathan E. Davis
    Shounak S. Dharap
    Attorneys for Plaintiffs
    CHARLOTTE HORNE, WILBERT HORNE, JAMES GEHRKE, RUTH GEHRKE, BARBARA ZOELLNER, CHARLES T. WALTER, PATRICIA HEALEY AND GARY GOODRICH

Dated:  October 15, 2020               COZEN O'CONNOR

By: /s/ Andrew M. Hutchison
    Andrew M. Hutchison
    Attorneys for Defendant
    ENVIRONMENTAL CHEMICAL CORPORATION

Dated:  October 15, 2020               NOSSAMAN LLP

By: /s/ James H. Vorhis
    James H. Vorhis
    Attorneys for Defendant
    TETRA TECH, INC.